In the Matter of Henry Blackman, Deceased.— Motion to dismiss appeal granted unless appellant have appeal ready for argument on first motion day of December term.

New York Produce Exchange Bank v. Twelfth Ward Bank of the City of New York.— Motion to dismiss appeal granted unless appellant have appeal ready for argument at the November term.

William A. Rosenbaum, Appellant, v. Samuel J. Stiebel and Others, Respondents. Clarence L. Barber, Respondent, v. Charles H. Ellingwood and Others, Appellants. Henry Margolin, Appellant, v. Hyman Margolin and Others, Respondents. Magdalena Scheu, Respondent, v. Jacob Blum, as Administrator, Appellant.— Motions denied, with ten dollars costs.

In the Matter of Charles Rubens, Deceased. (2 cases.) — Motions denied.

Hinds, Noble & Eldredge v. Robert E. Bonner and Others. Rubin Bruck v. Ruben Bruck and Others. Monroe E. Heilbron v. Joseph Aaronson. Antonio Osso v. Simon Donovan and Others. William W. Grant and Others v. James M. Leopold and Others. Madison Paper Stock Company v. Maurice O'Meara Company. Tichenor Grand Company v. David Weingarten. Walter Moffat v. The New York Edison Company. Mary T. Donovan v. Benjamin B. Vanderveer.— Applications denied, with ten dollars costs. Orders signed.

In the Matter of Abraham Germansky v. Louis H. Guterman.— Application granted. Order signed.

In the Matter of Abraham Germansky v. Louis H. Guterman.— Motion for stay granted. Settle order on notice.

Gertrude Fuchs v. Domenick Saladino. Cora D. Thompson v. Standard Fashion Company.— Motions denied, with ten dollars costs.

Carl A. Dahlstrom v. August M. Gemunder and Others. The People of the State of New York v. Eugene Shellenberg. The People of the State of New York ex rel. James G. Collins v. John F. Ahearn, as President, etc., and Others. Brainard T. Norris and Others v. Charles F. Hoffman and Others.— Motions granted, questions certified as stated in orders.

Julia Gearity v. Harry Strasbourger and Others. Albert H. Dollard v. Benjamin Doronsky. The New York Edison Company v. The City of New York. — Motions denied, with ten dollars costs.

The New York Edison Company v. The City of New York. The United Electric Light and Power Company v. The City of New York.— Motions denied.

Netograph Manufacturing Company v. George R. Scrugham.—Motion granted; question certified.

United Merchants' Realty Company v. New York Hippodrome.— Motion granted.

Nene VanT. Fenn v. William M. Ostrander.— Motion for leave to go to Court of Appeals granted. Memorandum per curiam. Settle order on notice.